N20827v2
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SUN LIFE INSURANCE & ANNUITY COMPANY
OF NEW YORK and SUN LIFE COMPANY OF NEW
YORK as Successor by merger to Keyport Benefit Life
Insurance Company,

                          Plaintiffs,

   -against-

MIRON VAYNBERG and LEONID VAYNBERG, a/k/a
LEONARD VAYNBERG,

                          Defendants.
---------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

CV-04-1607 (ARR)(VPP)

**IT IS HEREBY STIPULATED, AGREED AND ORDERED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action/proceeding, that whereas no party hereto is an infant or a person who has had a guardian appointed for him or her under the law, rule or order, and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is dismissed, with prejudice and without costs to any party as against the others. This stipulation may be filed without further notice with the Court.

CHORPENING, GOOD, CARLET
& GARRISON, ESQS.

By: _____
Attorneys for Plaintiffs Virginia T. Shea
(VS 8848)

_____
YEVGENY TSYNGAUZ, ESQ.
Attorney for Defendant
LEONID VAYNBERG

GLEICH, SIEGEL & FARKAS

By: _____
Jonathan H. Freiberger (JF1233)
Attorneys for Defendant
MIRON VAYNBERG

So ordered.
USDJ
1/24/06